# IN AND FOR THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE HENRRIQUEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>INDYMAC BANK, F.S.B.; ONEWEST BANK, F.S.B.; AZTEC FORECLOSURE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 THROUGH 10, INCLUSIVE,<br><br>Defendants. | Case No. CV13-4365 GAF (Ex)<br><br>Honorable Gary A. Fees<br>Courtroom: 740<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL<br><br>JS-6<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>NOV - 6 2013<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY              DEPUTY |

IT IS SO ORDERED.

Dated: 11/6/13

_____
Honorable Gary A. Fees

1